OSCN Found Document:IN THE MATTER OF THE REINSTATEMENT OF BRANDY KEARNEY CHAMBERS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 IN THE MATTER OF THE REINSTATEMENT OF BRANDY KEARNEY CHAMBERS2025 OK 88Case Number: SCBD-7913Decided: 12/08/2025THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 88, __ P.3d __

 

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

 

IN THE MATTER OF THE REINSTATEMENT OF BRANDY KEARNEY CHAMBERS

ORDER

¶1 On February 14, 2014, the petitioner, Brandy Kearney Chambers, elected to resign her membership with the Oklahoma Bar Association. Since resigning with the OBA, Chambers has continued to practice law in the State of Texas (Texas Bar License No. 24041169). On May 29, 2025, Chambers petitioned this Court for reinstatement.

¶2 A hearing was held before the Professional Responsibility Tribunal on August 28, 2025. After taking the testimony of witnesses and reviewing the submission of joint exhibits, the panel recommended that Chambers be reinstated to Active Member status. Upon consideration of the matter, we find:

1) The attorney has met all the procedural requirements necessary for reinstatement in the Oklahoma Bar Association as set out in Rules 11, Rules Governing Disciplinary Proceedings, 5 O.S. 2021, ch.1, app. 1-A.

2) The attorney has established, by clear and convincing evidence, that she has not engaged in the unauthorized practice of law in the State of Oklahoma or any other state.

3) The attorney has established, by clear and convincing evidence, that she possesses the competency and learning in the law required for reinstatement to the Oklahoma Bar Association.

4) The attorney has established, by clear and convincing evidence, that she possesses the good moral character which would entitle her to be reinstated to the Oklahoma Bar Association.

¶3 IT IS THEREFORE ORDERED that the petition of Brandy Kearney Chambers for reinstatement to the Oklahoma Bar Association should be granted, effective January 1, 2026.

¶4 According to the Application to Assess Costs, the OBA expended a total of $972.80 during the handling of this reinstatement proceeding. After reviewing the application, the Court finds the same should be approved and Petitioner Chambers is ordered to pay the sum of $972.80 within sixty (60) days of this order.

¶5 IT IS FURTHER ORDERED that Petitioner is required to complete accredited continuing legal education each calendar year and report the same in compliance with Rules for Mandatory Continuing Legal Education, 5 O.S.2021, Ch. 1, App. 1-B.

¶6 Petitioner is further directed to pay bar dues for calendar year 2026 in the amount of $350.00.

¶7 DONE BY ORDER OF THE SUPREME COURT THE 8 DAY OF December, 2025.

/s/_____________________________
CHIEF JUSTICE

 
 
 
 
 
 
 
 
 
 The Oklahoma Supreme Court
 2100 N. Lincoln Blvd., Suite 1
 Oklahoma City, OK 73105